Charles A. Comiskey, Appellant, v. The CBC Corporation, Dorothy C. Rigney, Executor of the Will of Grace R. Comiskey, Deceased; Shareholders of American League Base Ball Club of Chicago; American League Base Ball Club of Chicago, Appellees.

Gen. Nos. 47,878 and 47,879.

First District, First Division.

May 16, 1960.

Charles A. Thomas, Jack Arnold Welfeld, and Lucas and Thomas, of Chicago, for appellant; Kirkland, Ellis, Hodson, Chaffetz, and Masters, of Chicago (Howard Ellis, Bartlett S. Marimon, Don H. Reuben, and James E. Beaver, of counsel) for defendant-appellee Dorothy C. Rigney; Dallstream, Schiff, Hardin, Waite, and Dorschel, of Chicago (Milton H. Cohen, Albert E. Hallett, George B. Pletsch, and Alexander Polikoff, of counsel) for defendant-appellee CBC Corporation; Dallstream, Schiff, Hardin, Waite, and Dorschel, of Chicago, for defendant-appellee American League Base Ball Club of Chicago. Opinion by JUSTICE Mc-CORMICK. Not to be published in full.